Donald C. MUSE, Respondent,

v.

DIRECTOR OF REVENUE, STATE OF MISSOURI, Appellant.

No. ED 76450.

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 29, 2000.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for appellant.

Gael D. Wood, Clayton, James W. McGettigan, Jr., Washington, for respondent.

Before MARY RHODES RUSSELL, C.J., LAWRENCE G. CRAHAN, J., and ROBERT E. CRIST, Sr.J.

*ORDER*

PER CURIAM.

The Director of Revenue appeals the judgment setting aside the revocation of Donald C. Muse's license pursuant to Section 577.041.1 RSMo Supp.1998 for refusing to submit to a chemical test. We have reviewed the briefs of the parties and the